x:\tc51662\appear

WDJ/ls
File No.: TC-51662

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X
WILFRIDO TENEMPAGUAY,

                      Plaintiff,

        -against-

90 CHURCH STREET LIMITED PARTNERSHIP,
AMBIENT GROUP, INC., BELFOR USA GROUP, INC.,
BOSTON PROEPRTIES, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., STRUCTURE
TONE (UK), INC., STRUCTURE TONE GLOBAL
SERVICES, INC., VERIZON COMMUNICATIONS,
INC., VERIZON NEW YORK, INC, AND VERIZON
PROPERTIES, INC., ET AL,

                      Defendants.
------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

**21 MC 102 (AKH)**

C O U N S E L O R S :

    PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC., hereby appear in the above entitled action, and that the undersigned have been

retained as attorneys for said defendant and demand that copies of all papers in this action

be served upon the undersigned at the office and address stated below:

Dated: New York, New York
July 12, 2007

                                       WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
                                       BARRY, McTIERNAN & MOORE
                                       Attorneys for Defendants
                                       STRUCTURE TONE, INC. s/h/a
                                       STRUCTURE TONE (UK), INC. and
                                       STRUCTURE TONE GLOBAL SERVICES, INC.
                                       2 Rector Street – 14th Floor
                                       New York, New York  10006
                                       (212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York  10006
(212) 267-3700