x:/ats52438Adoption

ROGER P. McTIERNAN, JR (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendant ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------X
WILFRIDO TENEMPAGUAY,

                       Plaintiff,

     -against-

160 WATER ST., INC., 160 WATER STREET
ASSOCIATES, 233 BROADWAY OWNERS, LLC, 80
PINE LLC, 90 CHURCH STREET LIMITED
PARTNERSHIP, ALAN KASMAN DBA KASCO,
AMBIENT GROUP, INC., ANN TAYLOR STORES
CORPORATION, ET AL,

                       Defendants.
-----------------------------------------------------------------X

**NOTICE OF ADOPTION**

07CV05320

     PLEASE TAKE NOTICE that defendant, ANN TAYLOR STORES CORPORATION as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

     To the extent that ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off

Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated:  New York, New York
　　　　May 16, 2008

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ROGER P. McTIERNAN, JR. (RPM 1680)
　　　　　　　　　　　　　　　　　　　　　　　　BARRY, McTIERNAN & MOORE
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　ANN TAYLOR STORES CORPORATION
　　　　　　　　　　　　　　　　　　　　　　　　2 Rector Street – 14th Floor
　　　　　　　　　　　　　　　　　　　　　　　　New York, New York  10006
　　　　　　　　　　　　　　　　　　　　　　　　(212) 313-3600

TO:
　　　WORBY GRONER EDELMAN & NAPOLI BERN, LLP
　　　Attorneys for Plaintiff
　　　115 Broadway, 12th Floor
　　　New York, New York 10006
　　　212-267-3700