UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER      :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION  :
:
-----------------------------------------------------------------X
WILFRIDO TENEMPAGUAY,                 :   07-CV-05320-AKH
:
                 Plaintiff,                        :
:   **APPEARANCE**
   - against -                           :
:   **ELECTRONICALLY FILED**
160 WATER ST., INC., *et al.*,              :
:
                Defendants.  :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York         DICKSTEIN SHAPIRO LLP
       June 30, 2008

                               By:     /s/ Judith R. Cohen
                                      _____
                                      Judith R. Cohen (JC-8614)
                                      1177 Avenue of the Americas
                                      New York, New York 10036
                                      Phone: (212) 277-6500
                                      Fax: (212) 277-6501

                                      *Attorney for Defendant*
                                      MERRILL LYNCH & CO., INC.

DOCSNY-314608